NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN W. GINGERY,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3110

---

Petition for review of the Merit Systems Protection Board in case no. CH3330090712-X-1.

---

## ON MOTION

---

## ORDER

Stephen W. Gingery moves without opposition for a 35-day extension of time, until June 28, 2012, to file his opening brief, and for the appointment of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2)  The motion for appointment of counsel is denied.


FOR THE COURT


**MAY 2 4 2012**
_____                    /s/ Jan Horbaly
        Date                               Jan Horbaly
                                           Clerk


cc:  Stephen W. Gingery
     Devin A. Wolak, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2012

JAN HORBALY
CLERK